# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ADRIATICA INTERNATIONAL, INC., a California corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-03163-SVW-JEM<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 10, 2022 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones's action against Defendant Adriatica International, Inc., a California corporation, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 1, 2023

　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE